JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAIME NINO ASTUDILLO,

          Petitioner,

    v.

JAMES JANECKA, WARDEN
ADELANDO IMMIGRATION
AND CUSTOMS ENFORCEMENT
PROCESSING CENTER, et al.,

          Respondents.

Case No. 5:26-cv-02119-KES

**JUDGMENT**

    For the reasons stated in the Court's order granting the Petition (Dkt. 11), Judgment is hereby entered granting the Petition.

DATED:  May 12, 2026

_____

Hon. Karen E. Scott
UNITED STATES MAGISTRATE JUDGE